NUMBER 13-04-603-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________

TRANQUILINO B. REYNA,                                                  Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
_________________________________________________________

On appeal from the 105th District Court 
of Kleberg County, Texas.
_________________________________________________________
 
MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellant, TRANQUILINO B. REYNA, perfected an appeal from a judgment
entered by the 105th District Court of Kleberg County, Texas, in cause number 04-CRF-0152. Appellant has filed a motion to dismiss the appeal. The motion complies
with Tex. R. App. P. 42.2(a).
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted. Appellant's motion to dismiss the appeal is granted, and the appeal
is hereby DISMISSED.
                                                               PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).
Memorandum Opinion delivered and filed this
the 30th day of December, 2004.